IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALLAS TORGERSEN, derivatively on behalf of EVOQUA WATER TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> RONALD C. KEATING, BENEDICT J. STAS, MARTIN LAMB, JUDD A. GREGG, HARBHAJAN BHAMBRI, GARY A. CAPPELINE, BRIAN HOESTEREY, VINAY KUMAR, and PETER M. WILVER, <br><br> Defendants, <br><br> and <br><br> EVOQUA WATER TECHNOLOGIES CORP., <br><br> Nominal Defendant. | Case No.: 2:19-cv-410 <br> Hon. Nora Barry Fischer |

## ORDER

AND NOW, this 14th day of June, 2019, upon consideration of the Stipulation Staying the Derivative Action ("Stipulation"), it is hereby ORDERED that:

1. The Stipulation is adopted and entered as an Order of this Court;

2. In accordance with the terms of the Stipulation, this action is stayed pending resolution of the related and previously filed securities class action pending in the United States District Court for the Southern District of New York, titled *In re Evoqua Water Technologies Corp. Securities Litigation*, No. 1:18-cv-10320-AJN, and filed on November 6, 2018.

Dated: June 14, 2019

BY THE COURT:

_____
Hon. Nora Barry Fischer
Senior U.S. District Judge